UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ALLEN STUCKEY AND JEANNIE STUCKEY<br><br>    Plaintiffs,<br>v.<br><br>21ST CENTURY CENTENNIAL INSURANCE COMPANY<br><br>    Defendant | CASE No.: 3:16-CV-00768 |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, 21st Century Centennial Insurance Company, an insurance company organized under the laws of the State of Delaware with its principal place of business in Delaware, respectfully submits the following Corporate Disclosure Statement:

1. 21st Century Centennial Insurance Company is wholly owned by Farmers Insurance Exchange, Fire Insurance Exchange, and Truck Insurance Exchange.

2. No part of 21st Century Centennial Insurance Company is publicly held.

          Respectfully submitted,

          s/ Anthony M. Zelli
          Anthony M. Zelli (IN #30470-10)
          DINSMORE & SHOHL LLP
          101 South Fifth Street, Suite 2500
          Louisville, KY  40202
          Phone: (502) 581-8000
          Fax: (502) 581-8111
          anthony.zelli@dinsmore.com
          *Counsel for Defendant 21st Century Centennial Insurance Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was served to the following both through the Court's ECF system and by U.S. Mail, postage prepaid on this 11th day of November, 2016:

> Thomas R. Hamilton
> 314 West High Street
> Elkhart, Indiana 46516
> *Counsel for Plaintiffs*

                                        s/ Anthony M. Zelli
                                        *Counsel for Defendant 21st Century Centennial Insurance Company*

10809520v1